IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-04-0245 |
| | § | |
| SHERMAN ERNESTO ROBINSON | § | (Civil Action No. H-06-0309) |
| | § | |

## ORDER FOR A RESPONSE

Pending before the Court is a motion filed by the defendant, Sherman Ernesto Robinson, to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Criminal Docket No. 38). After conducting a preliminary review of the motion, the Court concludes that an answer is needed. Accordingly, pursuant to 28 U.S.C. § 2255 and the Rules Governing Section 2255 Proceedings, the Court **ORDERS** as follows:

1. The Clerk shall serve a copy of the motion and supporting memorandum (Criminal Docket No. 38) and this order upon the United States Attorney for the Southern District of Texas, Attention: Jim Turner, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208-1129, by certified mail, return receipt requested.

2. The government is directed to file an answer or other appropriate pleading in response to the defendant's § 2255 motion on or before **May 12, 2006**, and shall forward a copy of same to the defendant by certified mail, return receipt requested.

3. If the government elects to answer by filing a dispositive motion (*i.e.*, a motion to dismiss or for summary judgment) the defendant shall file any reply within **thirty (30) days** of the date reflected on the certificate of service. If the defendant fails to comply on

<u>time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.</u>

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **February 10, 2006.**

_____
Nancy F. Atlas
United States District Judge